UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

UNITED STATES OF AMERICA,     Plaintiff,

v.     Criminal Action No. 3:15-cr-96-DJH

DAMON C. ROBINSON, et al.,     Defendants.

\* \* \* \* \*

## MEMORANDUM OF CONFERENCE AND ORDER

This matter came before the Court on March 16, 2015, for a status conference. There appeared J. Scott Davis, Assistant United States Attorney; Defendant, Damon C. Robinson, with retained counsel, Keith E. Kamenish; Defendant, Alvin D. Robinson, with retained counsel Rob Eggert; and Defendant, Tony Grady, with retained counsel Scott James Barton. These proceedings were digitally recorded.

Counsel informed the Court that Defendant Damon Robinson and Defendant Tony Grady plan to enter a plea of guilty. Defendant Damon Robinson entered his guilty plea immediately following the status conference. The Court set a change of plea hearing date for Defendant Tony Grady.

As to Defendant Alvin Robinson, counsel for the defendant and the United States informed the Court that they will notify the Court by close of business on March 18, 2016 as to the status of the case.

The Court and counsel also discussed the procedural posture of the case. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

1

(1) A change of plea hearing for Defendant Tony Grady is **SET** for **March 30, 2016, at 2:00 p.m.**, at the Gene Snyder U.S. Courthouse in Louisville, Kentucky.

(2) Defendant Tony Grady's motion to continue (D.N. 59) is withdrawn and **DENIED** as moot.

(3) The United States's motions for extension of time (D.N. 65, 66) are **GRANTED**. The United States shall file responses to Defendant Alvin Robinson's motion to exclude (D.N. 57) and motion to sever (D.N. 58) on or before **March 28, 2016**.

(4) The United States shall file either a motion to continue or a trial memorandum on or before **March 18, 2016**. The response to a motion to continue shall be filed **seven (7) days** following the date of service of the motion.

(5) The Court anticipates setting a status conference on March 21 or 22, 2016.

March 16, 2016

**David J. Hale, Judge
United States District Court**

Court Time:  00/10
Court Reporter:  ECRO